UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>  v.<br><br>PRB Management, LLC, a California Limited Liability Company,<br><br>        Defendant. | No.  2:13-cv-01800-GEB-CKD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

        Plaintiff filed a "Notice of Settlement" on February 4, 2015, in which he states: "a global settlement has been reached in the above-captioned case. . . . The plaintiff . . . expect[s] that the Stipulation for Dismissal with prejudice as to all parties will be filed within 45 days." (Notice of Settlement, ECF No. 9.)

        Therefore, a dispositional document shall be filed no later than March 23, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date

1

1 | prescribed by the Court may be grounds for sanctions.").
2 |        IT IS SO ORDERED.
3 | Dated:  February 5, 2015

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```